Case 3:05-cv-02593-BZ   Document 18   Filed 09/05/2005   Page 1 of 2

1  Thomas P. Carey, Esq. (131995)
   Law Office of Thomas P. Carey
2  1011 Portola Drive
   San Francisco, CA 94127
3  Telephone: (415) 504-7029
   Facsimile: (415) 504-7194
4
   Attorney for Plaintiff
5  Blaine M. Feinstein

6  Debra Steel Sturmer, Esq. (105276)
   Lerch Sturmer LLP
7  350 California Street, Ste. 1700
   San Francisco, CA 94104
8  Telephone: (415) 217-6340
   Facsimile: (415) 217-2782
9
   Attorneys for Defendant
10 Trinity Capital Advisors, Inc.

11
                    UNITED STATES DISTRICT COURT
12               FOR THE NORTHERN DISTRICT OF CALIFONIA

13

14

15 Blaine M. Feinstein,              ) Case No.:C 05 2593 BZ
                                      )
16         Plaintiff,                 ) **STIPULATION AND [PROPOSED]**
       vs.                            ) **ORDER DISMISSING ENTIRE ACTION**
17                                    ) **WITHOUT PREJUDICE**
                                      )
18 Trinity Capital Advisors, Inc.    )
                                      )
19         Defendant.                 )
                                      )
20                                    )
                                      )
21 ─────────────────────────────

22                            **STIPULATION**

23

24     It is hereby stipulated by and between Defendant Trinity

25   Capital Advisors, Inc., on the one hand, and Plaintiff Blaine

                                    1

STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE

1  M. Feinstein, on the other hand, through their respective
2  counsel, as follows:
3     1. Plaintiff agrees to a dismissal without prejudice of the
4        entire above-captioned action.

6  **IT IS SO STIPULATED:**

8  DATED: August 31, 2005    The Law Office Of Thomas P. Carey
9                        By: /s/_____
10                           Thomas P. Carey

12 DATED: August___, 2005    Lerch Sturmer LLP
13                       By: /s/_____
14                          Debra Steel Sturmer

17                     **ORDER**

18    **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the above
19 action is dismissed in its entirety without prejudice.

21 DATED: September 6, 2005   /s/ Bernard Zimmerman
22                           Bernard Zimmerman
23                           Magistrate Judge